# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

| | |
|---|---|
| RICHARD ATKINSON,<br>      Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Commissioner of Social Security,<br>      Defendant. | **JUDGMENT**<br><br>No. 7:16-CV-333-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of plaintiff's application for attorney fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 21, 2017, that plaintiff is entitled to attorney's fees under the Equal Access to Justice Act and is specifically awarded $3,900.00.

**This Judgment Filed and Entered on December 21, 2017, and Copies To:**

Kristin Gordon  (via CM/ECF Notice of Electronic Filing)
Christian M. Vainieri (via CM/ECF Notice of Electronic Filing)


December 21, 2017                    PETER A. MOORE, JR., CLERK
                                              /s/ Sandra K. Collins
                                            (By) Sandra K. Collins, Deputy Clerk